FILED
WILKES BARRE

JUL 14 2015

Per

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN D. ANDERSON,          :
    Plaintiff,          :   CIVIL ACTION: 1:15-cv-00878-ms
                :
    v.          :   ( Judge Kane)
                :   (Magistrate Judge Saporito)
DAUPHIN COUNTY ADULT          :
PROBATION OFFICE, et al          :
    Defendants.          :

## ORDER

AND NOW, this 14th day of July, 2015, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 21), is DENIED WITHOUT PREJUDICE.

It is further ORDERED that the warden of SCI-Frackville shall provide plaintiff with reasonable library privileges in order to prosecute this case. It is further ORDERED that the plaintiff shall file his brief in opposition to the defendants' motion to dismiss (Doc. 12) on or before August 13, 2015.

The Clerk of Court is directed to provide a copy of this Order to the Warden at SCI-Frackville.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge